United States District Court
Southern District of Texas
**ENTERED**
September 13, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALMA GARCIA, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:15-CV-208 |
| | § | |
| STATE FARM FIRE & CASUALTY | § | |
| COMPANY, | § | |
|    Defendant. | § | |

## ORDER

The above referenced parties have stipulated to dismiss all claims in this cause of action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). The Court therefore orders that this case be **DISMISSED**, and further directs the Clerk's Office to close this case.

Signed on this 13th day of September, 2016.

_____
Rolando Olvera
United States District Judge